1  Carlos Makoto Taitano, State Bar No. 275820
   MFPR Roppongi Azabudai Bldg. 11th Floor
2  1-8-7 Roppongi
   Minato-ku, Tokyo 106-0032 Japan
3  Telephone:    1 671 777 0581
   Email:        makoto@taitano.us.com
4
   *Attorney for Applicant*
5  *Meiyoukai Medical Corporation*

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8  *In re Ex Parte* Application of        )
                                          )   Case Number:
9  Meiyoukai Medical Corporation,         )
                                          )   **DECLARATION OF YASUFUMI ENDO**
10                    Applicant.          )   **IN SUPPORT OF MEIYOUKAI**
                                          )   **MEDICAL CORPORATION'S *EX PARTE***
11                                        )   **APPLICATION FOR AN ORDER**
                                          )   **PURSUANT TO 28 U.S.C. § 1782**
12                                        )   **AUTHORIZING DISCOVERY FOR USE**
                                          )   **IN FOREIGN PROCEEDINGS**
13                                        )
                                          )
14                                        )
                                          )
15  ─────────────────────────────────────)

16      I, Yasufumi Endo, declare as follows:

17      1.      I am a Board Certified Pediatrician in Japan.

18      2.      I am the Director of Meiyoukai Medical Corporation (hereinafter "**Applicant**"), a

19  medical corporation organized and existing under the laws of Japan, *doing business as* Akaishidai

20  Kodomo Clinic (hereinafter "**Clinic**").

21      3.      The principal place of business of the Clinic is located in Tomiya-shi, Miyagi-ken,

22  Japan.

23      4.      The Clinic is a medical clinic specializing in pediatric care.

24      5.      As the Director of the Clinic, I oversee the business operations of the Clinic and

25  have personal knowledge of the affairs of the Clinic.

26      6.      I have personal knowledge of each of the matters stated herein.

27

28

                            Page **1** of **4**

*Declaration of Yasufumi Endo*

7.     I submit this declaration in support of the Applicant's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

8.     Many prospective and current patients of the Clinic find and contact the Clinic by searching for the Clinic on the Google search engine.

9.     The Clinic maintains a business profile and appears on Google Maps.

10.    When prospective patients search for the Clinic on the Google search engine, the Google Maps business profile and reviews and ratings of the Clinic are displayed as search results.

11.    On February 16, 2024 at 07:27:07 Japan Standard Time, an anonymous individual (hereinafter "**Anonymous Individual 1**"), using the Google account with the display name of "*Link*", published a one-star rating of the Clinic to Google Maps (hereinafter "**Review 1**") at: https://www.google.com/maps/contrib/117209572671902011964/place/ChIJp3O2R9eDiV8Rkm5mXVN_8Ko/; attached as **Exhibit 1** is a true and correct copy of Review 1.

12.    On February 14, 2024 at 06:45:14 Japan Standard Time, an anonymous individual (hereinafter "**Anonymous Individual 2**", and collectively with Anonymous Individual 1, hereinafter "**Anonymous Individuals**"), using the Google account with the display name of "*KG*", published a one-star rating of the Clinic to Google Maps (hereinafter "**Review 2**") at: https://www.google.com/maps/contrib/100990419014415581782/place/ChIJp3O2R9eDiV8Rkm5mXVN_8Ko/; attached as **Exhibit 2** is a true and correct copy of Review 2.

13.    I have a strong suspicion that the Google accounts of the Anonymous Individuals are controlled by the same person, and I have a strong suspicion that the Anonymous Individuals are a nearby competing clinic called Town Clinic en (hereinafter "**Competitor**").

14.    My foregoing suspicion is based upon the fact that Anonymous Individual 1 published a five-star rating of the Competitor to Google Maps on December 15, 2023 at 07:28:46 Japan Standard Time at: https://www.google.com/maps/contrib/117209572671902011964/place/ChIJEz1MKe6DiV8RXQ_Ka56j5_E/, and Anonymous Individual 2 published a five-star rating of the Competitor to Google Maps on December 15, 2023 at 05:13:18 at:

*Declaration of Yasufumi Endo*

1    https://www.google.com/maps/contrib/100990419014415581782/place/ChIJEz1MKe6DiV8RX

2    Q_Ka56j5_E/; attached as **Exhibit 3** is a true and correct copy of the Competitor's reviews

3    published by the Anonymous Individuals.

4          15.    As such, the Anonymous Individuals published their one-star reviews concerning

5    the Clinic between February 14, 2024 and February 16, 2024, a three-day span, and published their

6    five-star reviews concerning the Competitor on December 15, 2023 between 5 a.m. and 7 a.m., a

7    little over two hours apart.

8          16.    The only businesses to which the Anonymous Individuals have published reviews

9    to are the Clinic and the Competitor.

10         17.    As such, it is impossible to believe that the Anonymous Individuals are different

11   people, because of the proximity in time that they published reviews to each of the Clinic and the

12   Competitor.

13         18.    Based upon these facts, I have a strong suspicion that the Competitor is publishing

14   one-star reviews of the Clinic to harm the Clinic's reputation, and in turn, is publishing five-star

15   reviews of the Competitor in order to benefit its reputation.

16         19.    The Clinic and the Competitor are proximately located, whereby they are within a

17   4-minute driving distance, and are both clinics specializing in pediatric care.

18         20.    Ever since the subject reviews were published by the Anonymous Individuals

19   concerning the Clinic, the number of patients contacting the Clinic has significantly declined, and

20   I have also suffered significant psychological mental distress because of the fact that I have come

21   to know that someone is purposefully trying to destroy the Applicant's business.

22         21.    The Clinic has no means of identifying, and has been unable to identify, the true

23   identities of the Anonymous Individuals.

24         22.    I consulted and hired Attorney Tomohiro Kanda about filing a civil lawsuit in Japan

25   against the Anonymous Individuals; I was advised by Attorney Kanda that the Applicant would

26   need to first discover the true identities of the Anonymous Individuals, because the true identities

27   of the Anonymous Individuals are necessary to file the civil lawsuit against the Anonymous

28   Individuals in Japan.

*Declaration of Yasufumi Endo*

23. Once the true identities of the Anonymous Individuals are revealed, the Applicant intends to and will file a civil lawsuit against the Anonymous Individuals for harming the Clinic.

24. The identities of the Anonymous Individuals will only be used for the purpose of pursuing the civil lawsuit against the Anonymous Individuals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April _____9_____, 2024.

*Yasufumi Endo*
_____
YASUFUMI ENDO

*Declaration of Yasufumi Endo*



Exhibit 1



Exhibit 2



1

Exhibit 3



2

Exhibit 3