Carlos Makoto Taitano, State Bar No. 275820
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone: 1 671 777 0581
Email: makoto@taitano.us.com

*Attorney for Applicant*
*Meiyoukai Medical Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Meiyoukai Medical Corporation,<br><br>Applicant. | Case Number:<br><br>**DECLARATION OF YOSHIE KATSURADA IN SUPPORT OF MEIYOUKAI MEDICAL CORPORATION'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Yoshie Katsurada, declare as follows:

1. I am over the age of eighteen years.

2. I am qualified to translate from the Japanese language to the English language because I can read, write, and understand both the English language and Japanese language fluently.

3. I submit this declaration in support of Meiyoukai Medical Corporation's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4. I translated Exhibits 1, 2, and 3 that are attached to the Declaration of Yasufumi Endo (which declaration will be submitted concurrently herewith) from the Japanese language to the English language. **Exhibits A, B, and C** attached hereto are true and correct English translations of Exhibits 1, 2, and 3, respectively.

*Declaration of Yoshie Katsurada*

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on April 26, 2024.

*Yoshie Katsurada*
YOSHIE KATSURADA

*Declaration of Yoshie Katsurada*

Akaishidai Kodomo Clinic

Pediatric Clinic
6 Chome Akaishidai

Details of Location

---

Link

★☆☆☆☆   3 weeks ago

Exhibit A

Akaishidai Kodomo Clinic

Pediatric Clinic
6 Chome Akaishidai

Details of Location

---

KG

★☆☆☆☆   1 month ago

Exhibit B

Town Clinic en Town Clinic …

Clinic
7 Chome Akaishidai

Details of Location

Link

★★★★★   2 months ago

1
Exhibit C

Town Clinic en Town Clinic …

Clinic
7 Chome Akaishidai

Details of Location

---

KG

★★★★★   2 months ago